UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )
v.                                   )
                                     )            MBD NO.
THE NAIL SCULPTRESS, INC.,           )
                                     )            04MBD 10147
            Defendant.               )
                                     )

## NOTICE OF APPEARANCE

Please enter my appearance as local counsel, for purposes of notification of filings, for the plaintiff, the United States of America.   Attorney Lydia D. Bottome will remain as lead counsel for said plaintiff in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  _Barbara Healy Smith_
     BARBARA HEALY SMITH
     Assistant U.S. Attorney
     U.S. Attorney's Office
     John Joseph Moakley U.S. Courthouse
     1 Courthouse Way - Suite 9200
     Boston, MA 02210
     (617) 748-3282

Dated: May 14, 2004