# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 04-10147-WGY |
| Petitioner ) | |
| ) | C4cv11638 WGY |
| vs. ) | |
| ) | |
| THE NAIL SCULPTRESS, INC., ) | |
| Respondent. ) | |

09/03/04 Sky

## Stipulation

Now come the above captioned parties, Petitioner, United States of America and Respondent, The Nail Sculptress, Inc., by their attorneys, Lydia D. Bottome for the petitioner and Donald J. Correa for the respondent, and hereby agree and Stipulate that the present examination for the respondent, The Nail Sculptress, Inc., (Faye Hogeland), currently scheduled for Friday, August 27 at 10:00 a.m. at the offices of the Criminal Investigation Division, Internal Revenue Service, Room 1000, JFK Federal Building, 25 Sudbury Street, Boston, MA 02203 as originally ordered by the Court, be continued, by agreement, to Tuesday, September 28, 2004 at 11:00 a.m.

As reasons therefore, respondent's counsel states that he has just been engaged in this matter and needs additional time to evaluate the case, review tax returns and other documents, as well as interview his client, Faye Hogeland.

Counsel for the IRS has indicated that she does not oppose a continuance provided that it is filed as a Stipulation pursuant to a motion allowed by the Court and that a new date be established from same.

Dated: August 26, 2004

Petitioner, by its attorney

_____ by consent
Lydia D. Bottome, Esquire
U.S. Department of Justice
P.O. Box 55 Ben Franklin Station
Washington, D.C. 20044
Tel. No. (202) 307-6560

Dated August 26, 2004

Respondent, by her attorney

_____
Donald J. Correa, Esquire
QUINN & CORREA, P.C.
59 Court Street
Plymouth, MA 02360
(508) 746-1930

DJC/sjb/wm
7821Hogeland.doc/court