IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 04-10147-WGY |
| Petitioner | ) | |
| vs. | ) | 04-11638-WGY |
| | ) | |
| THE NAIL SCULPTRESS, INC., | ) | |
| Respondent. | ) | |

09/03/04 Sky

### Notice of Appearance

I, Donald J. Correa, Quinn & Correa, P.C., 59 Court Street, Plymouth, MA 02360, hereby file my appearance as counsel for the above named respondent, The Nail Sculptress, Inc. in the above captioned matter.

Dated: August 26, 2004

Donald J. Correa, Esquire
Quinn & Correa, P.C.
59 Court Street
Plymouth, MA 02360
Tel. No. (508) 746-1930
BBO# 100400

DJC/sjb
7786Nasr.doc/court w 1

# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 04-10147-WGY |
| Petitioner | ) | |
| vs. | ) | 04-11638-WGY |
| | ) | |
| THE NAIL SCULPTRESS, INC., | ) | |
| Respondent. | ) | |

## Certificate of Service

I, Donald J. Correa, as counsel for the above captioned respondent, hereby certify that a copy of my Notice of Appearance; Stipulation and Motion to Continue Examination/Hearing were duly served upon Lydia D. Bottome, Esquire, U.S. Department of Justice, P.O. Box 55 Ben Franklin Station, Washington, D.C. 20044 by facsimile transmission (202) 514-5238 as well as upon the Clerk of the U.S. District Court by facsimile transmission on this 26 day of August, 2004.

Donald J. Correa, Esquire

DJC/sjb
7821Hogeland.doc/court