# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. ~~04-10147~~-WGY |
| Petitioner | ) | |
| | ) | 04-11638-WGY |
| vs. | ) | |
| | ) | |
| THE NAIL SCULPTRESS, INC., | ) | |
| Respondent. | ) | |

09/03/04 sky

## Motion to Continue Hearing/Examination

Now comes the above captioned respondent, The Nail Sculptress, Inc. (Faye Hogeland), by her attorney, and moves this Court to adopt the attached Stipulation pursuant to a certain examination of the respondent, Faye Hogeland, previously the subject of a Court Order scheduled for Friday, August 27 at 10:00 a.m. at the offices of the Criminal Investigation Division, Internal Revenue Service, Room 1000, JFK Federal Building, 25 Sudbury Street, Boston, MA 02203.

Dated August 24, 2004

Respondent, by her attorney

*[signature]*
Donald J. Correa, Esquire
QUINN & CORREA, P.C.
59 Court Street
Plymouth, MA 02360
(508) 746-1930

DJC/sjb
7821Hogeland.doc/court

YOUNG D.J.
MOTION ALLOWED
By the Court
*[signature]*
Deputy Clerk